# Court of Appeals
# of the State of Georgia

ATLANTA,  February 01, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0801.  ANDRE RICO PERKINSON v. THE STATE.**

Andre Perkinson pled guilty to sale and distribution of cocaine and possession of cocaine and was allowed to serve the majority of his sentence on probation.  The trial court revoked his probation after he violated the conditions thereof.  Perkinson then filed this direct appeal.  We lack jurisdiction.

An application for discretionary review is required to appeal a probation revocation order.  OCGA § 5-6-35 (a) (5); *Andrews v. State*, 276 Ga. App. 428, 430-431 & n. 3 (1) (623 SE2d 247) (2005).  Perkinson's failure to comply with the discretionary review procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*  02/01/2016
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*